## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 125 MM 2022

            Respondent    :

                        v.    :

NELSON CUEVAS,    :

            Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.